# UNITED STATES DISTRICT COURT

## District of Oregon

**United States of America**

v.                                                 **Case Number: CR 6:05-60008-HO**

Al-Haramain Islamic Foundation, Inc, et al,

               Defendant(s).

## Eugene Division's Criminal Case Assignment Order

**(a)**     **Presiding Judge:** The above referenced indictment or information has been filed, docketed, and assigned to the presiding judge whose initials follow the case number above (*See* table below for further information).

| Judge's Initials | Presiding Judge | Courtroom Deputy Clerk (For case status or scheduling questions) |
|---|---|---|
| AA | Hon. Ann Aiken | Leslie Engdall . . . . . . . . . . . . . . . . . . . . (541) 465-6452 |
| HO | Hon. Michael R. Hogan | Lea Force . . . . . . . . . . . . . . . . . . . . . . . (541) 465-6453 |

**(b)**     **Docketing Questions:** Questions about criminal filings or Cm/ECF docket entries should be directed to Sheryl Nogelmeier in the Eugene Clerk's Office at (541) 465-7538.

**(c)**     **Pretrial Matters:** Unless otherwise directed by the presiding judge, Magistrate Judge Thomas M. Coffin will handle the pretrial proceedings in this action in Eugene. Questions about pretrial matters should be directed to Christine Weller in the Eugene Clerk's Office at (541) 465-6500.

                                             **By:**     /s/ S. Nogelmeier
                                                               S. Nogelmeier, Deputy Clerk

                                             **For:**     **Donald M. Cinnamond, Clerk of Court**

cc:     Presiding Judge's Courtroom Deputy Clerk