Mr. Kelly R. Beckley
kbeckley@beckley-law.com
Mr. Kevin W. Bons
kbons@beckley-law.com
BECKLEY LAW FIRM, P.C.
1257 High St., Suite #2
P. O. Box 11098
Eugene, OR 97440
Phone: (541) 683-0888
Fax: (541) 683-0889

Timothy J. Coleman
Boaz I. Green
*Pro hac vice*
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, DC  20005-4213
Telephone: (202) 346-8000
Facsimile:  (202) 346-8102

Attorneys for Respondent

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CR 05-60008-02-HO** |
| v.   ) | |
| ) | |
| **PIROUZ SEDAGHATY** ) | |
| ) | |
| **Defendant** ) | **NOTICE OF APPEAL** |
| ) | |
| **In re AL RAJHI BANK SUBPOENA** ) | |
| ) | |
| **AL RAJHI BANKING &** ) | |
| **INVESTMENT CORP.,** ) | |
| **Real party in interest** ) | |
| **Respondent.** ) | |

Notice is hereby given that Al Rajhi Banking & Investment Corp. (the "Bank"), Respondent in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order granting Plaintiff's motion to compel the Bank to comply with an administrative subpoena entered in this action on the 26th day of February, 2010 (Dkt. No. 277).

Dated: this 1st day of March 2010.

| BECKLEY LAW FIRM, P.C.: | DEWEY & LEBOEUF LLP |
|---|---|
| By: /s/ Kelly R. Beckley | By: /s/ Timothy J. Coleman |
| Mr. Kelly R. Beckley | Timothy J. Coleman |
| kbeckley@beckley-law.com | Boaz I. Green |
| Mr. Kevin W. Bons | *Pro hac vice* |
| kbons@beckley-law.com | 1101 New York Avenue, NW |
| 1257 High St., Suite #2 | Washington, DC 20005-4213 |
| P. O. Box 11098 | Telephone: (202) 346-8000 |
| Eugene, OR 97440 | Facsimile:  (202) 346-8102 |
| Phone: (541) 683-0888 | |
| Fax:    (541) 683-0889 | |
| | |
| ATTORNEYS FOR RESPONDENT | ATTORNEYS FOR RESPONDENT |

Notice of Appeal
With Patriot Act Subpoena – Page 1

Clients/Al Rajhi Banking &
Investment Corp./Notice of Appeal
(01 MAR 10)

BECKLEY LAW FIRM, P.C.
ATTORNEYS AT LAW
1257 HIGH STREET - P.O. BOX 11098  EUGENE, OR 97440-3298
541-683-0888 - FAX 541-683-0889
www.beckley-law.com