BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**CHRISTOPHER CARDANI**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:05-cr-60008-03-AA |
| v. | **UNITED STATES' MOTION TO DISMISS DEFENDANT SOLIMAN HAMD AL-BUTHE** |
| **SOLIMAN HAMD AL-BUTHE,** aka Soliman Al-Buthe, | |
| **Defendant.** | |

The United States of America, through its undersigned counsel, moves pursuant to Fed. R. Crim. P. 48(a) to dismiss without prejudice the indictment and arrest warrant against defendant Soliman Hamd Al-Buthe aka Soliman Al-Buthe for the reason that it is in the best interest of justice.

Dated:  June 9, 2020.                                  Respectfully submitted,

                                                                            BILLY J. WILLIAMS
                                                                            United States Attorney


                                                                            */s/ Christopher Cardani*
                                                                            CHRISTOPHER CARDANI
                                                                            Assistant United States Attorney

**Motion to Dismiss**                                                                                                   Page 1