UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:05-cr-60008-03-AA |
| v. | ORDER DISMISSING DEFENDANT SOLIMAN HAMD AL-BUTHE |
| SOLIMAN HAMD AL-BUTHE, aka Soliman Al-Buthe, | |
| Defendant. | |

Based on the motion of the United States, and good cause being shown, IT IS HEREBY ORDERED that the indictment against defendant Soliman Hamd Al-Buthe aka Soliman Al-Buthe, is dismissed without prejudice.

Dated: June 10th 2020.

                                              /s/Ann Aiken
                                              HONORABLE ANN L. AIKEN
                                              United States District Judge

Presented by:
BILLY J. WILLIAMS
United States Attorney

*/s/ Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney